DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SERGIO GARCIA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2118

[July 11, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara R. Duffy, Judge; L.T. Case No. 20005583CF10A.

Matthew Z. Karim of Law Offices of Matthew Karim PLLC, Fort Lauderdale, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Sorraya M. Solages-Jones, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***